UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE ALMAGUER, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | No.4-16-cv-03295 |
| v. | § § | |
| COOPER MECHANICAL SERVICES, LLC and GARY COOPER | § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff, Jose Almaguer, Individually and On Behalf of All Others Similarly Situated, and pursuant to this Court's order, Plaintiff, hereby files this Certificate of Interested Parties, listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. Jose Almaguer, Plaintiff
   c/o Melissa Moore
   MOORE & ASSOCIATES
   Lyric Centre
   440 Louisiana, Suite 675
   Houston, Texas  77002

2. Ramon Ruiz, Plaintiff
   c/o Melissa Moore
   MOORE & ASSOCIATES
   Lyric Centre
   440 Louisiana, Suite 675
   Houston, Texas  77002

3. Melissa Moore, Counsel for Plaintiffs
   MOORE & ASSOCIATES
   Lyric Centre
   440 Louisiana, Suite 675
   Houston, Texas  77002

4. Curt Hesse, Counsel for Plaintiffs
   MOORE & ASSOCIATES
   Lyric Centre
   440 Louisiana, Suite 675
   Houston, Texas  77002

5. Cooper Mechanical Services, LLC, Defendant

6. Gary Cooper, Defendant

Respectfully Submitted,

**MOORE & ASSOCIATES**

By: /s/ Melissa Moore
Melissa Moore
State Bar No. 24013189
Federal Id. No. 25122
Curt Hesse
Federal Id. No. 968465
State Bar No. 24065414
Lyric Center
440 Louisiana St., Ste 675
Houston, Texas 77002
Telephone: (713) 222-6775
Facsimile: (713) 222-6739

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was forwarded to all counsel of record on the 22nd day of February 2017 via the Court's CM/ECF system.

/s/ Melissa Moore
Melissa Moore