UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Jose Almaguer

v.                                          Case Number: 4:16–cv–03295

Cooper Mechanical Services, LLC, et al.

NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 4/17/2017

**TIME:** 05:00 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:   April 5, 2017

David J. Bradley, Clerk